No. 12–29. MCPETERS *v.* EDWARDS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS THE DISTRICT JUDGE OF THE 9TH DIS-

TRICT COURT, MONTGOMERY COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.